**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | | |
|---|---|---|
| BIBI BAKSH, and, | ) | |
| SHARON DUNN, as Parent, Guardian, | ) | |
| And Next Friend of her daughter, M.M., a | ) | |
| a minor, and ON BEHALF OF | ) | |
| THEMSELVES AND ALL OTHERS | ) | |
| SIMILARLY SITUATED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 7:20-CV-01845 |
| | ) | |
| IVYREHAB NETWORK, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Bibi Baksh and Sharon Dunn (on behalf of M.M., a minor) ("Plaintiffs") hereby move for final approval of the class action settlement preliminarily approved by this Court on September 23, 2020. For the reasons set for in the Memorandum filed herewith, the Declaration of Gary E. Mason, and the Declaration of Notice and Claims Administrator Kari Grabowski also filed herewith, as well as all other pleadings and papers on file in this action, Plaintiffs respectfully request this Court enter an Order granting final approval of the class action settlement and enter the proposed order provided to the Court with Plaintiffs' Motion for Preliminary Approval, at Docket No. 34, Ex. C.

Dated: December 28, 2020                     Respectfully submitted,


                                             */s/*
                                             _____
                                             Gary E. Mason (*admitted pro hac vice*)
                                             **MASON LIETZ & KLINGER LLP**
                                             5101 Wisconsin Avenue NW, Suite 305
                                             Washington, D.C. 20016

2

Phone: (202) 429-2290
Fax: (202) 429-2294
gmason@masonllp.com

Gary M. Klinger (*admitted pro hac vice*)
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

Brittany Weiner
**IMBESI LAW GROUP**
1501 Broadway, Suite 1915
New York, NY 10036
Phone: 646.767.2271
Fax: 212.658.9177
brittany@lawicm.com

*Attorneys for Plaintiffs and the Class*