UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| BIBI BAKSH, and, )<br>SHARON DUNN, as Parent, Guardian, )<br>And Next Friend of her daughter, M.M., a )<br>a minor, and ON BEHALF OF )<br>THEMSELVES AND ALL OTHERS )<br>SIMILARLY SITUATED, )<br>   )<br>   Plaintiffs, )<br>   )<br>v.   )<br>   )<br>IVYREHAB NETWORK, INC. )<br>   )<br>   Defendant. ) | Case No. 7:20-CV-01845 |

### DECLARATION OF GARY E. MASON IN SUPPORT OF
### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

I, Gary E. Mason, being competent to testify, make the following declaration:

1. I am currently a partner of the law firm Mason Lietz & Klinger LLP ("MLK"), which was founded on March 16, 2020. Prior to founding MLK, I was a founding partner of the law firm Whitfield Bryson & Mason LLP ("WBM"). I am one of the lead attorneys for Plaintiffs have been appointed Class Counsel for the Settlement Class. I submit this declaration in support of Plaintiffs' Motion Final Approval of Class Action Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. As of December 23, 2020, Class Counsel has not received any objections to the Settlement Agreement or to the request for fees, costs, and service awards.

3.  I strongly believe that the Settlement Agreement is favorable for the Settlement Class. It is, in the opinion of the undersigned and other Class Counsel, fair, reasonable, adequate, and worthy of final approval.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

I declare under penalty of perjury of the laws of the State of New York and the United States that the foregoing is true and correct, and that this declaration was executed in Richmond, Virginia on this 28th day of December, 2020.

/s/ _____
Gary E. Mason (*admitted pro hac vice*)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Phone: (202) 429-2290
Fax: (202) 429-2294
gmason@masonllp.com

*Attorney for Plaintiffs and the Class*